AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FLEISSIG, AUDREY G. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MISSOURI | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE STATUS | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>111 S. 10TH STREET: 12S<br>ST. LOUIS, MISSOURI 63102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | MISSOURI MACHINERY & ENGINEERING COMPANY (SALARY) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UMB BANK | MORTGAGE ON COMMERCIAL REAL ESTATE | N |
| 2. | UMB BANK | MORTGAGE ON RENTAL PROPERTY #2, BRENTWOOD, MO (PART VII, LINE 28) | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - BERKSHIRE HATHAWAY | | None | | | Sold | 02/05/15 | J | A | |
| 3. - HARBOR FD INTL FD | C | Int./Div. | L | T | | | | | |
| 4. - PIMCO FUNDS COMMODITY/REAL RET | C | Int./Div. | K | T | | | | | |
| 5. - COHEN & STEERS REALTY SHS INSTL | C | Int./Div. | K | T | | | | | |
| 6. - AMERITRADE ACCOUNT | | None | J | T | | | | | |
| 7. - BAIRD CORE PLUS BD INSTL | B | Int./Div. | L | T | | | | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. - HARBOR FD INTL FD | B | Int./Div. | K | T | | | | | |
| 10. - COHEN & STEERS REALTY SHS INSTL | D | Int./Div. | L | T | | | | | |
| 11. - AMERITRADE ACCOUNT | | None | J | T | | | | | |
| 12. -BAIRD CORE PLUS BD INSTL | A | Int./Div. | J | T | | | | | |
| 13. BROKERAGE #1 (H) | | | | | | | | | |
| 14. - ISHARES MIDCAP | B | Int./Div. | M | T | | | | | |
| 15. - ISHARES RUSSEL 1000 ETF | B | Int./Div. | L | T | | | | | |
| 16. - HARBOR FD INTL FD | B | Int./Div. | K | T | | | | | |
| 17. - HARBOR FD CAP APPRECIATN | C | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T ROW PRICE EQUITY INCOME F SH BEN INT | A | Int./Div. | | | Sold | 11/04/15 | K | B | |
| 19. - MSIF US REAL ESTATE FD CL I | A | Int./Div. | J | T | | | | | |
| 20. - AMG MGRS SKYLINE SPEC EQUITIES | C | Int./Div. | L | T | | | | | |
| 21. - AMERITRADE ACCOUNT | A | Int./Div. | J | T | | | | | |
| 22. - VANGUARD INTERM -TERM TAX-EXEMPT ADMIRAL | B | Int./Div. | K | T | Sold (part) | 04/15/15 | L | B | |
| 23. - VANGUARD EQUITY INCOME ADMIRAL | B | Int./Div. | K | T | Buy | 11/05/15 | K | | |
| 24. MISSOURI MACHINERY & ENGINEERING 50% PRIVATELY HELD | E | Int./Div. | O | U | | | | | |
| 25. BKF LLC 50% MEMBER - PRIVATELY HELD, ST. LOUIS, MO | B | Rent | J | U | | | | | |
| 26. U.S. SAVINGS BONDS (Y) | | | | | | | | | |
| 27. RENTAL PROPERTY #1, ST. LOUIS, MO | D | Rent | M | W | | | | | |
| 28. RENTAL PROPERTY #2, BRENTWOOD, MO | | None | | | Sold | 06/05/15 | M | F | |
| 29. 401(K) COMMERCE BOND FUND | C | Int./Div. | M | T | | | | | |
| 30. BANK OF AMERICA | | None | K | T | | | | | |
| 31. TRUST #1 (H) | | | | | | | | | |
| 32. - TD AMERITRADE MONEY MARKET PORTFOLIO INVESTOR CLASS | | None | | | Closed | 11/09/15 | J | | |
| 33. TRUST #2 | | None | | | Closed | 11/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FLEISSIG, AUDREY G.** | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DURING 2015, TRUST #1 WAS CLOSED. NO LONGER IN POSITION TO REPORT IN PART I, LINE 1.

DURING 2015, TRUST #2 WAS CLOSED. NO LONGER IN POSITION TO REPORT IN PART I, LINE 2.

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AUDREY G. FLEISSIG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544